UNITED STATES of America, Plaintiff–Appellee,

v.

Louis Eugene JACKSON, Defendant–Appellant.

No. 05–40066
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Maureen Clancy Smith, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, Traci Lynne Kenner, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Louis Eugene Jackson, Seagoville, TX, pro se.

John Davidson Nation, The Yale Law Center, Dallas, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Louis Eugene Jackson has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jackson has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.